FILED
15-0839
11/3/2015 11:21:35 AM
tex-7656551
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# NO. 15-0839

_____

## IN THE SUPREME COURT OF TEXAS

_____

## PT INTERMEDIATE HOLDING, INC. AND
## PERSONAL TOUCH HOLDING CORP.,
**Petitioners,**
**v.**
## LMS CONSULTING LLC,
**Respondent.**

On Appeal from the Court of Appeals for the Fourth District of Texas
No. 04-14-00827-CV

_____

## SUPPLEMENTAL APPENDIX

**APPENDIX C**     September 16, 2015 Judgment Issued by the Fourth Court of
Appeals

# APPENDIX C



# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00827-CV

**PT INTERMEDIATE HOLDING, INC.** and Personal Touch Holding Corp.,
Appellants

v.

**LMS CONSULTING, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00450
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's orders denying the special appearances of Appellants Personal Touch Holding Corp. and PT Intermediate Holding, Inc., are AFFIRMED. It is ORDERED that Appellee LMS Consulting, LLC, recover its costs of appeal from Appellants Personal Touch Holding Corp. and PT Intermediate Holding, Inc.

SIGNED September 16, 2015.

_____
Karen Angelini, Justice